IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES BRIAN WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-226-JHP |
| | ) | |
| MUSKOGEE COUNTY OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter comes on for decision on Plaintiff's Motion to Dismiss (Doc. 61). Plaintiff has moved to dismiss the Muskogee County Sheriff's Department and Charles Pearson, Muskogee County Sheriff from this lawsuit as he no longer wishes to proceed against said parties. Plaintiff's Motion to Dismiss is hereby granted and this action is dismissed with prejudice against the Muskogee County Sheriff's Department and Charles Pearson, Muskogee County Sheriff. In light of this dismissal, the Muskogee County Sheriff's Department's Motion to Dismiss (Doc. 55) is moot.

It so ordered on this 26th day of October 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma