AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

JAMES BRIAN WRIGHT

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: CIV-09-226-JHP

MUSKOGEE COUNTY OKLAHOMA, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Dismiss with Prejudice is granted as to all defendants.

12/9/2009
Date

WILLIAM B. GUTHRIE
Clerk

s/ C.Trzcinski
(By) Deputy Clerk